## (March 23, 1981)

■ ROSLYN SAVINGS BANK, Appellant, v MURIEL SIEBERT, as Superintendent of Banks of the State of New York et al., Respondents. — In an action, *inter alia,* to declare Supervisory Policy G-6 of the New York State Banking Board invalid and unconstitutional, plaintiff appeals from an order of the Supreme Court, Nassau County, dated August 11, 1980, which, *inter alia,* denied its motion for summary judgment and granted defendants' cross motions for summary judgment. Appeal dismissed as academic, without costs or disbursements. Defendant Sunnyside Savings and Loan Association obtained a Federal charter on February 26, 1981, during the pendency of this proceeding, which included the branch contested in this action. Hopkins, J.P., Titone, Lazer and Cohalan, JJ., concur.